UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-121 |
| Plaintiff, | ) ) ) | |
| v. | ) | DETENTION ORDER |
| ANDRES LEIVA DIAZ, | ) ) ) | |
| Defendant. | ) ) | |

<u>Offense charged</u>:  Possession of Cocaine Base with Intent to Distribute; Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:  March 19, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been charged with a drug offense the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

    2.    The AUSA proffers information alleging that defendant was recorded making a telephone call from the King County Detention facility, following his arrest on the instant charges, in which he appeared to discuss retaliation against an individual whom he believed to be a confidential informant in this case. During a search of an apartment bedroom in which the defendant is alleged to have been staying, a loaded handgun with hollow point bullets was found.

    3.    Some of the information provided about the defendant's current residence is conflicting. He has been unemployed for the last three years and does not have a stable employment history prior to that time. He recently completed a term of confinement with work release and 12 months of community custody a few months prior to his arrest on the instant charges.

    4.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91